Form 3-1

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **KG DONGBU STEEL CO., LTD.,**<br>**DONGBU STEEL CO., LTD., and**<br>**DONGBU INCHEON STEEL CO., LTD.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**UNITED STATES,**<br><br>**Defendant.** | **SUMMONS**<br>**Court No. 22-00047** |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Plaintiffs KG Dongbu Steel Co., Ltd. (formerly Dongbu Steel Co., Ltd. and Dongbu Incheon Steel Co., Ltd. (collectively, "Dongbu Steel")) are foreign manufacturers, producers, or exporters of Corrosion-Resistant Steel Products ("CORE") from the Republic of Korea. Plaintiffs were interested parties within the meaning of 19 U.S.C. § 1677(9)(A) and were parties to the U.S. Department of Commerce's January 1, 2019 – December 31, 2019 countervailing duty administrative review of Corrosion-Resistant Steel Products from the Republic of Korea. Plaintiff has standing to commence this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(a)(2)(A)(i)(I).

   Name and Standing of Plaintiffs:

2. Plaintiffs contest aspects of the U.S. Department of Commerce, International Trade Administration's final results of the January 1, 2019 – December 31, 2019 countervailing duty administrative review of the countervailing duty order on *Corrosion-Resistant Steel Products from the Republic of Korea*. See *Certain Corrosion-Resistant Steel Products from the Republic of Korea: Final Results and Partial Rescision of Countervailing Duty Administrative Review*, 87 Fed. Reg.

2759 (Dep't Commerce Jan. 19, 2022).
(Brief description of contested determination)

3. January 12, 2022
(Date of Determination)

4. Commerce's *Final Results* were published in the *Federal Register* on January 19, 2022.
(If applicable, date of publication in *Federal Register* of notice of contested determination)

| | |
|---|---|
| /s/ Brady W. Mills<br>Signature of Plaintiff's Attorney | Brady W. Mills<br>**Morris, Manning & Martin, LLP**<br>1401 Eye Street, NW Suite 600 |
| February 16, 2022<br>Date | Washington, DC 20005<br>(202) 216-4116<br>bmills@mmmlaw.com |

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

### UPON THE UNITED STATES

Attorney-in-Charge
**U.S. Department of Justice**
International Trade Field Office
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson, Esq.
Director, Civil Division
**U.S. Department of Justice**
Commercial Litigation Branch
1100 L Street, NW, Room 12124
Washington, D.C. 20530

### UPON THE DEPARTMENT OF COMMERCE

General Counsel
**U.S. Department of Commerce**
Mail Stop 5875 HCHB
14th Street & Constitution Avenue, NW
Washington, D.C. 20230
Chief Counsel

Chief Counsel
**U.S. Department of Commerce**
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
1401 Constitution Ave., NW
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)