IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| KG DONGBU STEEL CO., LTD., DONGBU STEEL CO., LTD., AND DONGBU INCHEON STEEL CO., LTD., <br><br>    Plaintiffs, <br><br>v. <br><br>UNITED STATES, <br><br>    Defendant, <br><br>and <br><br>NUCOR CORPORATION AND STEEL DYNAMICS, INC., <br><br>    Defendant-Intervenors. | Before: Jennifer Choe-Groves, Judge <br><br> Court No. 22-00047 |

## NOTICE OF APPEAL

Notice is hereby given that Nucor Corporation, Defendant-Intervenor in the above-named case, appeals to the United States Court of Appeals for the Federal Circuit from the decision, order, and judgment of the U.S. Court of International Trade entered in this action, *KG Dongbu Steel Co., Ltd. v. United States*, Ct. No. 22-00047, slip op. 25-7 (Ct. Int'l Trade Jan. 17, 2025), ECF No. 90; J., (Jan. 17, 2025), ECF No. 91.

    Respectfully submitted,

    */s/ Alan H. Price*
    Alan H. Price, Esq.
    Christopher B. Weld, Esq.
    Tessa V. Capeloto, Esq.
    Adam M. Teslik, Esq.

    **WILEY REIN LLP**
    2050 M Street, NW
    Washington, DC 20036
    (202) 719-7000
    WileyTrade@wiley.law

    *Counsel to Nucor Corporation*

Dated: January 31, 2025