# United States Court of Appeals for the Federal Circuit

---

**KG DONGBU STEEL CO., LTD., DONGBU STEEL CO., LTD., DONGBU INCHEON STEEL CO., LTD.,**
*Plaintiffs-Appellees*

**v.**

**NUCOR CORPORATION,**
*Defendant-Appellant*

**UNITED STATES, STEEL DYNAMICS, INC.,**
*Defendants*

---

2025-1411

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00047-JCG, Judge Jennifer Choe-Groves.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

FOR THE COURT

July 16, 2026
Date

Jarrett B. Perlow
Clerk of Court