# United States Court of Appeals for the Federal Circuit

---

**KG DONGBU STEEL CO., LTD., DONGBU STEEL CO., LTD., DONGBU INCHEON STEEL CO., LTD.,**
*Plaintiffs-Appellees*

**v.**

**NUCOR CORPORATION,**
*Defendant-Appellant*

**UNITED STATES, STEEL DYNAMICS, INC.,**
*Defendants*

---

2025-1411

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00047-JCG, Judge Jennifer Choe-Groves.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered July 16, 2026, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

August 24, 2026
Date

Jarrett B. Perlow
Clerk of Court